**JUDGE SULLIVAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INTRALINKS, INC.,                                   :

                Plaintiff,                         :

     -against-                                    :   RULE 7.1 STATEMENT

EXADEL, INC.,                                         :

                Defendant.                       :
-----------------------------------------------------------X

**COPY**

**07 CIV 8697**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for a private (non-governmental) party certifies that Defendant Exadel, Inc. has no corporate or other parents, subsidiaries, or affiliates, the securities or other interests which are publicly held.

Dated: New York, New York
         October 9, 2007

                                       KANE KESSLER, P.C.

                                       By: _____
                                          Jeffrey H. Daichman (JD – 8802)
                                          Gillian Overland (GO – 7300)
                                     Attorneys for Defendant
                                     1350 Avenue of the Americas
                                     New York, New York 10019
                                     (212) 541-6222

TO:   Mitchel H. Ochs, Esq.
        **ANDERSON & OCHS, LLP**
        Attorneys for Plaintiff
        61 Broadway, Suite 2900
        New York, New York 10006
        (212) 334-3600

NEW YORK
COUNTY CLERK'S OFFICE

OCT 9 2007

NOT COMPARED
WITH COPY FILE

#276359.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

I, **SANDRA AYALA**, being duly sworn, say:

I am not a party to the within action, am over 18 years of age, and reside at Levittown, New York.

On October 10, 2007, I served the within:

## RULE 7.1 STATEMENT

by delivering a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following:

Mitchel H. Ochs, Esq.
**ANDERSON & OCHS, LLP**
Attorneys for Plaintiff
61 Broadway, Suite 2900
New York, New York 10006

_____
SANDRA AYALA

Sworn to before me this
10th day of October, 2007

_____
Notary Public

DORIS E. GUNTNER
Notary Public, State of New York
No. 01GU4612646
Qualified In Nassau County
Term Expires Dec. 31, 2009

#276362.1                                    2