UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INTRALINKS, INC.,                                        :        07 CV 8697

                              Plaintiff,                   :

             -against-                             :        **NOTICE OF APPEARANCE**

EXADEL, INC.,                                            :

                              Defendant.                  :
-------------------------------------------------------------X

S I R S :

        **PLEASE TAKE NOTICE,** that the undersigned has been retained as attorneys for the defendant in the above-entitled action and demand that a copy of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       October 11, 2007

                                                  **KANE KESSLER, P.C.**

                                                  By: _/s/ Gillian Overland_
                                                    Gillian Overland (GO-7300)
                                                   1350 Avenue of the Americas
                                                   New York, New York 10019
                                                   (212) 541-6222
                                                   Attorneys for Defendant

TO:   Mitchel H. Ochs, Esq.
       **ANDERSON & OCHS, LLP**
       Attorneys for Plaintiff
       61 Broadway, Suite 2900
       New York, New York 10006
       (212) 334-3600

#2