AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

**APPEARANCE**

Case Number: 07 CIV 8697

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Intralinks, Inc.

I certify that I am admitted to practice in this court.

| 10/18/2007 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | Mitchel H. Ochs | MO 7796 |
| | Print Name | Bar Number |
| | 61 Broadway, Suite 2900 | |
| | Address | |
| | New York | NY | 10006 |
| | City | State | Zip Code |
| | (212) 344-3600 | (212) 344-0970 |
| | Phone Number | Fax Number |