UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
INTRALINKS, INC.,                                           :   Case No.: 07 civ 8697
                                                            :
                          Plaintiff,                        :
                                                            :
              -against-                                     :   **RULE 7.1 STATEMENT**
                                                            :
EXADEL, INC.,                                               :   (Filed Electronically)
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for a private (non-governmental) party certifies that Plaintiff Intralinks, Inc. has no corporate or other parents, subsidiaries or affiliates, which are publicly held.

Dated: New York, New York
       October 23, 2007

                                        ANDERSON & OCHS, LLP

                                        By: _____
                                            Mitchel H. Ochs (MO-7796)
                                            Chase C. Vergari (CV-0601)
                                        61 Broadway, Suite 2900
                                        New York, New York 10006
                                        (212) 334-3600

                                        Attorneys for Plaintiff IntraLinks

To:   Jeffrey H. Daichman
      Gillian Overland
      Kane Kessler, P.C.
      1350 Avenue of the Americas
      New York, New York 10019