UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Intralinks, Inc.,**
                    **Plaintiff,**

-v-

**Exadel, Inc.,**
                    **Defendants.**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

Case No. 07-CV-08697 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to Magistrate Judge Peck for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**x** Settlement* -The parties request a settlement conference in mid-April, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ___

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:    New York, New York
                Feb 5, 2008

RICHARD J. SULLIVAN
United States District Judge