UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

INTRALINKS, INC.,                                       :

                Plaintiff,                :   Case No.: 07 Civ 8697 (RJS)

   -against-
                                           :   (Filed Electronically)

EXADEL, INC.,
                                           :   NOTICE OF MOTION
                Defendant.

------------------------------------------------------------------ X

PLEASE TAKE NOTICE that upon the annexed declaration of Mitchel H. Ochs, dated February 7, 2008, together with all exhibits thereto, the accompanying memorandum of law, and upon all prior proceedings and the pleadings herein, plaintiff IntraLinks, Inc. by its undersigned attorneys, will move this Court before the Honorable Richard J. Sullivan, in Courtroom 21C, at the United States Courthouse, 500 Pearl Street, New York, New York, on February 29, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Rules 39(b) and 81(c) of the Federal Rules of Civil Procedure, granting leave to file a late jury demand, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       February 7, 2008

                                        ANDERSON & OCHS, LLP

                                        By:_____
                                          Mitchel H. Ochs (MO-7796)

61 Broadway, Suite 2900
New York, New York 10006
(212) 344-3600

*Attorneys for Plaintiff IntraLinks, Inc.*

TO: Gillian Overland, Esq. (Via ECF)
   KANE KESSLER P.C.
   1350 Avenue of the Americas
   New York, New York  10019
   (212) 541-6222

   *Attorneys for Defendant Exadel, Inc.*