# ANDERSON & OCHS, LLP

61 BROADWAY, SUITE 2900
NEW YORK, NEW YORK 10006
TELEPHONE (212) 344-3600
TELECOPIER (212) 344-0970
WWW.ANDERSONOCHS.COM

CVERGARI@ANDERSONOCHS.COM

RECEIVED FEB 13 2008 CHAMBERS OF ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

February 8, 2008

**VIA TELECOPIER**

Gillian Overland, Esq.
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019

Re:   *IntraLinks, Inc. v. Exadel, Inc.*
      Case No. 07 CIV 8697 (S.D.N.Y.)

Dear Ms. Overland:

This is to confirm that all parties have agreed to schedule the settlement conference in the above-reference matter before Magistrate Judge Andrew Peck for April 23, 2008 at 2:00 p.m., and that counsel for all parties and the representative of IntraLinks will appear on that day and time in person. It is further agreed that the representative of Exadel will appear via telephone from Los Angeles, California.

Very truly yours,

Chase C. Vergari

CCV:db
1889.01

cc:   Judge Sullivan (Via First Class Mail)
      Magistrate Judge Peck (Via First Class Mail)

BY FAX

**MEMO ENDORSED** 2/14/08

At parties' request, settlement conference adjourned to [illegible]. All parties (including Exadel rep) to appear in person.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** February 14, 2008                                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Chase C. Vergari, Esq. | 212-344-0970 |
| Gillian Overland, Esq. | 212-245-3009 |
| | |

# TRANSCRIPTION:

**MEMO ENDORSED 2/14/08**

As per the Court's Order for the Settlement Conference, the representatives of <u>all</u> parties including Exadel (and for any insurer) must appear <u>in person</u>.

Copy to:   Judge Richard J. Sullivan