*Sullivan, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

---------------------------------------------------------- X

INTRALINKS, INC.,

          Plaintiff,

-against-

EXADEL, INC.,

          Defendant.

Case No.: 07 Civ 8697 (RJS)

(Filed Electronically)

---------------------------------------------------------- X

## STIPULATION REGARDING PLAINTIFF'S RIGHT TO DEMAND TRIAL BY JURY

WHEREAS, IntraLinks, Inc. ("IntraLinks") commenced this action by filing its complaint (the "Complaint") on September 11, 2007 in the New York State Supreme Court;

WHEREAS, on or about October 9, 2007, before answering the Complaint, defendant Exadel, Inc. ("Exadel") removed the action to this Court, invoking this Court's diversity jurisdiction;

WHEREAS, on or about October 9, 2007, Exadel filed its Answer to the Complaint and interposed counterclaims against IntraLinks;

WHEREAS, on or about October 30, 2007, IntraLinks filed its Reply to Counterclaims;

WHEREAS, Intralinks did not preserve or demand a jury in any of its pleadings or within the deadline set forth in the Federal Rules;

WHEREAS, on or about January 17, 2008, before any discovery had commenced, the Court issued an Order directing that the parties to meet and confer, and jointly prepare a form of Case Management Plan and Scheduling Order ("Scheduling Order");

WHEREAS, on or about January 23, 2008, IntraLinks forwarded a form of Scheduling Order to Exadel, among other things, disclosing for the first time its intent to try its case to a jury.

WHEREAS, on or about January 28, 2008, Exadel responded that IntraLinks had not timely elected trial by jury and, thus, had waived its right to a jury trial of its claims;

WHEREAS, on or about February 5, 2008, at the first conference in the matter, held before Honorable Richard J. Sullivan, District Judge, Exadel, again, asserted that IntraLinks had waived its right to demand a trial by jury;

WHEREAS, following on the February 5 conference, the Court entered the Scheduling Order and directed the parties to brief the issue of IntraLinks's alleged waiver of a trial by jury;

WHEREAS, on or about February 7, 2008, IntraLinks filed papers in support of a motion for an Order pursuant to Rules 39(b) and 81(c) of the Federal Rules of Civil Procedure, granting leave to file a late jury demand, and for such other and further relief as the Court deems just and proper (the "Motion");

WHEREAS, on or about February 25, 2008, counsel for Exadel informed counsel for IntraLinks that Exadel would not oppose IntraLinks's right to demand a trial by jury and, accordingly, would not be submitting papers in opposition to the Motion;

WHEREAS, the parties now resolve to stipulate that IntraLinks retains the right to demand a trial by jury in the Action;

NOW, THEREFORE, IT IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel of record and subject to the approval of the Court, that:

1. IntraLinks may demand a trial by jury in this Action;

2. Intralinks reserves the right to seek fees in connection with the Motion at the appropriate time; and,

3. Exadel reserves its right to oppose any application by Intralinks to seek fees in connection with the Motion.

Dated: New York, New York
February 29, 2008

STIPULATED AND AGREED TO:

ATTORNEY FOR
PLAINTIFF INTRALINKS, INC.

_/s/ Chase C. Vergari_

Chase C. Vergari

Anderson & Ochs, LLP
61 Broadway, Suite 2900
New York, New York 10006
(212) 344-3600
cvergari@andersonochs.com

ORDER

ATTORNEY FOR
DEFENDANT EXADEL, INC.

_/s/ Gillian Overland_

Gillian Overland

Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 519-5163
goverland@kanekessler.com

*Clerk shall terminate Motion filed as document #13.*

So ORDERED AND SIGNED this **3rd** day of **March**, 2008.

_/s/ Richard J. Sullivan_
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE