UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INTRALINKS, INC.,                                :    07 CV 8697 (RJS)(AJP)
                                                 :
                  **Plaintiff,**         :
                                                 :
    -against-                              :    DEFENDANT'S
                                                 :    RULE 26 (a)(1) INITIAL
EXADEL, INC.,                                    :    <u>DISCLOSURES</u>
                                                 :
                  **Defendant.**         :
------------------------------------------------------------X

       Defendant Exadel, Inc. ("Defendant") hereby submits its Rule 26(a)(1) initial disclosures:

       (A)    The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

> <u>Fima Katz</u>
> Exadel, Inc.
> Chief Executive Officer
> c/o Kane Kessler, P.C.
> 1350 Avenue of the Americas
> New York, New York 10019
> (212) 541-6222
>
> <u>Lynne Walter</u>
> Exadel, Inc.
> Chief Financial Officer
> c/o Kane Kessler, P.C.
> 1350 Avenue of the Americas
> New York, New York 10019
> (212) 541-6222
>
> <u>Andrei Viazankin</u>
> Exadel, Inc.
> Senior Project Lead/ Senior Developer
> c/o Kane Kessler, P.C.
> 1350 Avenue of the Americas
> New York, New York 10019
> (212) 541-6222

#284958.1

Fred Pazos
Exadel, Inc.
Former Vice President of Sales
3805 Palo Alto Drive
Lafayette, CA 94549

Olga Tabachnik
Exadel, Inc.
Former Project Manager
40 Lynn Drive
Hawthorn Woods, IL 60047

Igor Shabalov
Exadel, Inc.
Former Vice President of Products Solutions
3460 Concord Blvd
Concord, CA 94519

Andrew Komolov
Exadel, Inc.
Vice President of Client Solutions
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Andrew Smirnov
Exadel, Inc.
Senior Software Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Sergei Smirnov
Exadel, Inc.
Lead Software Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

#284958.1

Alexey Kazakov
Exadel, Inc.
Off Shore Project Manager and Project Lead
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Mikhail Dryakhlenkov
Exadel, Inc.
Off Shore Project Manager and Project Lead
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Maksim Kashynski
Exadel, Inc.
Senior Software Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Nikolai Belyaevsky
Exadel, Inc.
Senior Software Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Anton Belevich
Exadel, Inc.
Senior Software Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Slava Kabanovich
Exadel, Inc.
Senior Software Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Alexey Marlender
Exadel, Inc.
Senior Quality Assurance Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Alexander Francusov
Exadel, Inc.
Quality Assurance Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Konstantin Mishin
Exadel, Inc.
Lead Software Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Slava Toryanov
Exadel, Inc.
Senior Quality Assurance Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Alexey Yanul
Exadel, Inc.
Quality Assurance Engineer
c/o Kane Kessler, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

<u>Thomas L. Fredell</u>
IntraLinks, Inc.
Chief Technology Officer
c/o Anderson & Ochs, LLP
61 Broadway, Suite 2900
New York, New York 10006

<u>Siarhei Kurankou</u>
IntraLinks, Inc.
Title Unknown
c/o Anderson & Ochs, LLP
61 Broadway, Suite 2900
New York, New York 10006

<u>Brad D. Walker</u>
IntraLinks, Inc.
Senior Engineering Manager
c/o Anderson & Ochs, LLP
61 Broadway, Suite 2900
New York, New York 10006

<u>Scott Garrity</u>
IntraLinks, Inc.
Information Technology Manager
c/o Anderson & Ochs, LLP
61 Broadway, Suite 2900
New York, New York 10006

<u>Ayananshu Monpara</u>
IntraLinks, Inc.
Title Unknown
c/o Anderson & Ochs, LLP
61 Broadway, Suite 2900
New York, New York 10006

**SUBJECT OF INFORMATION:** Defendant expects the above-referenced individuals to have knowledge concerning the application architecture and its major components, the software frameworks and their applicability to the project, the project requirements and scope, the statements of work, the agreement between Exadel and Intralinks, the services that were provided by Exadel, the delays that were caused by Intralinks, Intralinks' lack of sophistication and knowledge vis-à-vis computers and software, Intralinks' promises to pay Exadel for the work that it performed, the efforts Exadel expended in servicing Intralinks, the integration work that was performed, the quality of the software that Exadel provided to Intralinks and Intralinks' wrongful refusal to pay the sums due and owing.

#284958.1

(B) A copy of, or description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

Defendant identifies the following categories of documents at this time:

- Correspondence
- Statements of Work
- The Contractor Agreement
- Invoices
- Memoranda, facsimiles and email
- Documents from Defendant's Bug Tracking System
- Technical Documents

Documents are maintained at the business offices of the Defendant and the offices of its counsel.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Defendant states that it has been damaged in the amount of $80,308.80, as reflected by its invoices adjusted to eliminate the discounted rates, plus interest. Defendant reserves the right to supplement this response as discovery proceeds.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any persons carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Defendant is not aware of any applicable insurance.

#284958.1

Defendant reserves its right to supplement these disclosures as more information becomes available during the course of discovery.

Dated: New York, New York
       March 13, 2008

**KANE KESSLER, P.C.**

By: _____
Jeffrey H. Daichman (JD – 8802)
Gillian Overland (GO – 7300)
Attorneys for Defendant
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

TO: Mitchel H. Ochs, Esq.
    **ANDERSON & OCHS, LLP**
    Attorneys for Plaintiff
    61 Broadway, Suite 2900
    New York, New York 10006
    (212) 334-3600

#284958.1