| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#_____<br>DATE FILED: 4/23/08 |
| INTRALINKS, INC.,                                : | |
| Plaintiff,                    : | 07 Civ. 8697 (RJS) (AJP) |
| -against-                                        : | **ORDER OF DISMISSAL ON CONSENT** |
| EXADEL, INC.,                                    : | |
| Defendant.                    : | |
| ------------------------------------x | |

### ANDREW J. PECK, United States Magistrate Judge:

Based on the settlement agreement reached by all parties and transcribed by the court reporter on April 23, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. §636(c), IT IS HEREBY ORDERED THAT this action (including all counterclaims) is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction through December 31, 2008 if necessary to enforce payment under the settlement. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:   New York, New York
         April 23, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Mitchel H. Ochs, Esq.
                              Lauren M. K. Dayton, Esq.
                              Judge Richard J. Sullivan

C:\ORD\DISMISS